Case: 1:26-mj-00089
Assigned To: Judge Harvey, G. Michael
Assign. Date: 5/20/2026
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

On May 14th, 2026, the Victim, reported to the Metro Transit Police Department ("MTPD"), that IT was threatened with a gun aboard Washington Metropolitan Area Transit Authority ("WMATA") Bus 1048 by an unknown male who was later identified as Wayne Donnell BROWN, ▮▮▮▮▮▮▮▮ (hereafter "the Defendant"). It should be noted that WMATA Bus 1048 runs the C31 route, and that route never leaves Washington, D.C. The Victim reported that, while aboard WMATA Bus 1048, the Defendant and several other patrons were speaking, using profanity, and engaging in vulgar language. The Victim stated that IT asked the Defendant to cease his vulgar language due to ITs daughter being aboard the bus as well. A verbal argument then ensued aboard the bus between the Defendant and the Victim, and the Victim stated that the Defendant began to put his hands in his pockets as if he had a handgun. The Victim stated that IT could see the handle of a handgun in the Defendant's pocket as they argued. The Victim described the Defendant as a light skinned black male with long dreadlocks, wearing a black jacket and carrying a pink backpack.

On May 15th, 2026, MTPD Detective C. Moore D917 was assigned to this case and reviewed video surveillance footage captured from cameras aboard WMATA Bus 1048 on May 14th, 2026. The following is a synopsis of the video surveillance footage that Detective Moore reviewed:

- *At approximately 0742 hours, the Defendant boards WMATA Bus 1048 and proceeds to the rear of the bus, sitting in a curb side seat directly behind the rear exit door of the bus.*

- *At approximately 0802 hours, the Defendant walks to the front of the bus but then turns back around and walks back to the rear of the bus. The Victim and ITs daughter also board the bus at the same time.*

- *The Victim sits in the curb side seat directly behind the rear exit door of the bus and the Defendant stands in the aisle directly in front of the rear exit door. While the bus is driving its route, the Defendant and the Victim can be heard talking loudly to each other.*

- *At approximately 0806 hours, the Defendant reaches into his front waistband and walks to the rear of the bus. While in the rear of the bus, the Defendant retrieves a handgun from his waistband and puts it in his front right jacket pocket. The Defendant then returns to where he was standing in front of the rear door and continues to argue with the Victim. At the time that the Defendant adjusted his firearm, WMATA Bus 1048 was in the 2700 block of MLK Avenue SE.*

*Figure 1: the Defendant removes a firearm from his waistband.*



*Figure 2: The Defendant's firearm is visible in his right hand.*



*Figure 3: The Defendant moves his firearm into his right jacket pocket.*



Detective Moore captured photographs of the Defendant from the previously mentioned surveillance footage and used the photographs to generate a Be on the Lookout (BOLO) bulletin, which was disseminated to all MTPD personnel.

On May 14th, 2026, MTPD Officer J. Ubiera #480, notified MTPD Criminal Investigations Division that he recognized the person in the disseminated photo as a person he previously arrested on September 25th, 2024, for Carrying a Pistol without a License (MTPD CCN: 2024-18438). The person he arrested on that date was Wayne Donnell BROWN, ▉▉▉▉▉▉▉▉▉▉

On May 15th, 2026, the Victim identified the defendant Wayne Donnell BROWN, ▉▉▉▉ ▉▉▉▉▉▉ in a photo array as the individual that argued with IT on the bus.

On May 16, 2026, at approximately 1937 hours, MTPD Officer FitzGerald 1031 was working patrol at the Navy Yard Metro Station located at 1200 Half St SE, Washington, D.C. when he recognized the Defendant, Wayne Donnell BROWN from the MTPD be on the lookout (BOLO) bulletin that was disseminated in reference to case #2026-11468.

Officer Fitzgerald stated that he recognized the Defendant by his physical characteristics and because the Defendant was wearing the same clothing as the individual depicted in the BOLO photo, including the same pink "Sierra" book bag and the same black jacket. Due to the BOLO advising that the Defendant was previously armed with a gun, Officer Fitzgerald and other

responding MTPD Officers immediately grabbed the Defendant and detained him in handcuffs. While conducting a protective pat down on the Defendant's right waist band, Officer Fitzgerald felt a hard object consistent with a firearm. Officer Fitzgerald lifted the Defendant's shirt and saw a lavender and silver-colored handgun. MTPD Officer Martinez 1002 recovered the handgun from the Defendant's waistband and gave it to MTPD CSS Anderson 1009 once he arrived on scene. The Defendant was identified by his Washington D.C. identification card as Wayne Brown.

*Figure 4: A firearm is visible in the Defendant's waistband.*



*Figure 5: The Defendant's firearm is removed from his waistband.*



The Defendant advised that he did not have a license to carry a pistol and that he was on probation. The Defendant was placed under arrest, and the arresting officers, during a search incident to arrest, recovered a large open bag of suspect marijuana labeled "Runtz", a sealed bag of suspect marijuana labeled "Gelato Cake", a working scale, 15 rounds of .40 caliber ammunition, and $229.98 of U.S. currency. At approximately 2020 hours, the bag of suspect marijuana labeled "Runtz" field tested positive for marijuana. Both bags of suspect marijuana were weighed together, and the total weight was 14.5 ounces.

The firearm that was removed from the Defendant's waistband was a Taurus PT738 TCP, bearing serial number 71992C, that was lavender and silver in color, chambered in .380ACP, and was loaded with 1 round in the chamber and 1 round in the magazine. The firearm appeared to be fully functional, able to expel a projectile by means of an explosion, had a barrel length of less than twelve inches, and is capable of being fired with the use of one hand. It should be noted there are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition, in this case, would have traveled in interstate commerce before being recovered in the District of Columbia.

A criminal history check of the Defendant revealed that he was convicted in 2024 CF2 009780 of one count of Carrying a Pistol without a License, one count of Possession of an Unregistered Firearm, and one count of Unlawful Possession of Ammunition out of the Superior Court of the District of Columbia on January 28, 2025. Carrying a Pistol without a License is an offense that carries a term of imprisonment of more than one year, and upon his conviction for that offense in 2024 CF2 009780 the Defendant was sentenced to 16 months incarceration, execution of sentence suspended as to all but 10 months.

As such, your affiant submits that probable cause exists to charge Wayne Donnell BROWN with violations of 18 U.S.C. § 922(g)(1) (Unlawful Possession of Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

_____
Detective Cherelle Moore
Metro Transit Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on May 20, 2026.

_____
Honorable G. Michael Harvey
United States Magistrate Judge